UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABPAYMAR, LLC,

      Plaintiff,

vs.

Case Number 8:14-cv-424-T-30TBM

NATIONSTAR MORTGAGE, LLC

      Defendant.

_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated on this 10th day of March, 2014.

        Respectfully submitted,

        **AKERMAN LLP**

        By: */s/ Rebecca N. Shwayri*
           JULIE S. SNEED
           Florida Bar No. 51594
           Primary e-mail: julie.sneed@akerman.com
           Secondary e-mail: marymargaret.kish@akerman.com
           REBECCA N. SHWAYRI
           Florida Bar No. 868531
           Primary e-mail: rebecca.shwayri@akerman.com
           Secondary e-mail: amanda.esqueda@akerman.com
           401 E. Jackson Street, Suite 1700
           Tampa, FL  33602-5250
           Telephone:  (813) 223-7333
           Facsimile:  (813) 223-2837

        -and-

        WILLIAM P. HELLER
        Florida Bar No. 987263
        Primary e-mail: william.heller@akerman.com
        Secondary e-mail: lorraine.corsaro@akerman.com
        Las Olas Centre II, Suite 1600
        350 East Las Olas Blvd.
        Fort Lauderdale, Florida  33301-2229
        Telephone:  954-463-2700
        Facsimile:  954-463-2224

        *Attorneys for Nationstar Mortgage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10 day of March, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record registered to use the CM/ECF system in this action:

Mark Stopa, Esq.
Stopa Law Firm
447 3rd Avenue North
St. Petersburg, Florida 33701

/s/Rebecca Shwayri
Rebecca N. Shwayri