UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABPAYMAR, LLC,

    Plaintiff,

vs.                                              Case No.:  8:14-cv-424-T-30TBM

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF RELATED ACTIONS**

    Plaintiff, Abpaymar, LLC, by and through undersigned counsel and pursuant to Local Rule 1.04(d), hereby gives notice that there are no similar or related cases pending before this Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and that said filing is to be forwarded by the CM/ECF system to Rebecca N. Shwayri, and Julie S. Sneed of Akerman LLP, at Julie.sneed@akerman.com, marymargaret.kish@akerman.com, Rebecca.shwayri@akerman..com, and Amanda.esqueda@akerman.com, 401 E. Jackson Street, Suite 1700, Tampa, FL  33602-5250 and to William P. Heller of Akerman LLP, at William.heller@akerman.com and Lorraine.corsaro@akerman.com, Las Olas Centre II, Suite 1600, 350 E. Las Olas Blvd., Ft. Lauderdale, FL  33301-2229 on this the 10th day of March, 2014.

                                                         */s/  Mark P. Stopa, Esq.*
                                                         Mark P. Stopa, Esq.
                                                         FBN:  550507
                                                         Stopa Law Firm
                                                         447 Third Ave. N., Suite 405
                                                         St. Petersburg, FL  33701
                                                         (727) 851-9551
                                                         litigationpleadings@stopalawfirm.com
                                                         Counsel for Plaintiff